IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
ALEXANDRIA DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | 1:25-CR-00258-PTG-2 |
| | ) | |
| TAE Y. JANG, *ET AL.* | ) | |

**[PROPOSED] ORDER**

This matter comes before the Court on the Motion of Defendant, Karen J. DeMatteo's Motion to continue the trial and all associated deadlines in this matter for not less than forty-five days. Said motion is herein and hereby:

\_\_\_\_GRANTED; the jury trial in this matter is set for _____, 2025.

\_\_\_\_DENIED.

ORDERED on this _____ day of _____, 2025.

_____
UNITED STATES DISTRICT COURT JUDGE